No. A-CV-33-83

COURT OF APPEALS OF THE NAVAJO NATION

December 7, 1983

In Re Admission to Practice of
Margaret S. WILSON and Vance GILLETTE

Based upon the foregoing Motion for admission to practice for Margaret S. Wilson and Vance Gillette, duly licensed attorneys (state and federal courts) by the Chief Prosecutor, Larry Kee Yazzie, and being fully advised in the premises.

IT IS ORDERED

That Margaret S. Wilson and Vance Gillette are admitted to practice before the Courts of the Navajo Nation in association with the Office of the Prosecutor.